IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. REGALDO,

        Plaintiff,                    No. CIV S-09-0942 EFB P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICE,

        Defendant.             <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

////

1

| 1 | Plaintiff has not submitted a certified copy of his trust account statement or the institutional |
|---|---|
| 2 | equivalent. He may comply with this requirement by having prison officials complete the |
| 3 | "Certificate" portion of the form application for leave to proceed *in forma pauperis*. |
| 4 | Accordingly, plaintiff has 30 days from the date this order is served to submit the |
| 5 | required trust account statement. Failure to comply with this order will result in a |
| 6 | recommendation that this action be dismissed. The Clerk of the Court is directed to send to |
| 7 | plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner. |
| 8 | So ordered. |
| 9 | DATED: May 12, 2009. |

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE